Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Patrice Lawrence-Shaw

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Patrice Lawrence-Shaw<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TransUnion, LLC et. al.<br><br>　　　　Defendants. | Case No.: 2:22-cv-01512-DSF-PVC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TRANSUNION, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Patrice Lawrence-Shaw and defendant TransUnion, LLC, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TransUnion, LLC within 28 days once the settlement is finalized.

Dated: May 10, 2022

　　　　　　　　　　　　　　　　**Gale, Angelo, Johnson, & Pruett, P.C.**
　　　　　　　　　　　　　　　　/s/ *Joe Angelo*
　　　　　　　　　　　　　　　　Joe Angelo
　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1